UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 MAR 29 P 2:31

JOSEPH JACKSON
(#323985)

VERSUS

STATE OF LOUISIANA BOARD
OF PARDON AND PAROLE

CIVIL ACTION

NO. 06-459-A

## RULING ON APPLICATION
## FOR WRIT OF HABEAS CORPUS

The court after carefully considering the petition, the record, the law applicable to this action, the Report and Recommendation (doc. 8) of United States Magistrate Judge Docia L. Dalby dated January 22, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, petitioner's application for habeas corpus relief shall be dismissed, without prejudice to later application upon exhaustion of state court remedies.

Judgment to be entered accordingly.

Baton Rouge, Louisiana, March 29, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA